**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LESLEY G. JAMESON, Individually and on Behalf of All Other Persons Similarly Situated | § § § § | |
| vs. | § § | CASE NO. 2:09-CV-023-TJW-CE |
| CAVALRY PORTFOLIO SERVICES LLC, CAVALRY INVESTMENTS LLC, and LAURENCE A. HECKER | § § § | |

## ORDER

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 127), which contains his recommendation that the court deny as moot the defendants' motion to dismiss (Dkt. No. 73), has been presented for consideration. No objections were filed to the report and recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts, in its entirety, the report of the United States Magistrate Judge as the conclusions of this court. Because the plaintiff's third amended complaint does not name Laurence A. Hecker as a defendant, all claims against Mr. Hecker are dismissed without prejudice. Accordingly, the subsequently filed motion to dismiss is DENIED as moot.

SIGNED this 9th day of June, 2010.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE